United States District Court
Western District of New York

United States of America,
               Plaintiff

v.

Karone Johnson,
               Defendant

**Irrevocable Waiver of Extradition**
Docket № 14-M-1020-JJM

FILED APR 04 2014 MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY

I, Karone Johnson, am a Canadian citizen and I am the defendant to the above-referenced *criminal complaint, Docket* No. 14-M-1020-JJM, as charged in the Western District Court of New York. I hereby declare under penalty of perjury that I absolutely agree to irrevocably waive any and all rights I may have to contest extradition either in Canada or any where else in the world in regard United States v. Karone Johnson, as charged in a criminal complaint in this matter pending in the Western District Court of New York.

Dated: April 4, 2014

_____
KARONE JOHNSON